Manning *v.* Lindsey.    *67 Eq.*

*For affirmance*—DIXON, GARRISON, FORT, HENDRICKSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY —11.

*For reversal*—None.

---

JOHN P. MANNING, administrator, &c., appellant,

*v.*

WALTER P. LINDSEY, executor, &c., respondent.

[Argued March 15th, 1904.    Decided September 30th, 1904.]

On appeal from a decree sustaining demurrer to bill of complaint advised by Vice-Chancellor Emery, whose opinion is reported in *65 N. J. Eq. (20 Dick.) 106*.

*Mr. Joseph D. Gallagher,* for the appellant.

*Mr. Malcolm MacLear,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated by Vice-Chancellor Emery in his opinion in the court below.

*For affirmance*—DIXON, GARRISON, FORT, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY—9.

*For reversal*—None.